**Donald D. duBoulay**    305 Broadway, Suite 602
  Attorney at Law    New York, NY 10007

Telephone: (212) 966-3970
Fax:         (212) 941-7108
E-mail:    dondubesq@aol.com

June 17, 2022

The Honorable Jesse M. Furman
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

*Application GRANTED. The Clerk of Court is directed to terminate Doc. #54. SO ORDERED.*

*[signature]*

*June 21, 2022*

  Re: United States v. Michael McManus
  12 Cr. 356 (JMF)

Dear Judge Furman:

  I represent Michael McManus in a matter pending in the Eastern District of New York (U. S. v McManus 22 Cr. 102 (FB)). Mr. McManus was sentenced by this court in the above referenced matter and a presentence report was duly prepared for that purpose.

  I write to request respectfully that this court authorize the probation department in the Southern and /or the Eastern District to release Mr. McManus' Presentence report in the above referenced case, to me, his attorney. Mr. McManus has recently pleaded guilty in the matter in which I represent him in the Eastern District, and the information contained in the requested presentence report prepared in the Southern District case noted above would aid the defense in the preparation of the sentencing memorandum in the current matter in the Eastern District that I represent him on.

  Mr. McManus joins this request, and the probation office in the Eastern District (which has the requested report) does not object to this request.

                                    Respectfully submitted,

                                     /s/
                                    Donald D. duBoulay

cc:  AUSA Adam Amir (via E-mail)
     AUSA Martin S. Bell (via E-mail)